IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

**PRO SE CIVIL COMPLAINT**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

15 JUN -5 PM 1:13

OFFICE OF THE CLERK

Case No. _8:15CV202_
(the court will assign a number)

I. **CASE CAPTION:** Parties to this Civil Action:

Pursuant to Fed. R. Civ. P. 10(a), the names of **all** parties must appear in the case caption. The court will **not** consider a claim against any defendant who is not listed in the caption.

A. Plaintiff(s) Name(s):   Address(es):   Telephone No. (only if **you are NOT** a prisoner)

Joseph A. Kurtz   5123 So 130TH ST   402-934-2371
Omaha Nebr 68137

B. Defendant(s) Name(s):   Address(es) If known:

Omaha Police Department   505 So 15 ST

(Attach extra sheets if necessary.)

## II. STATEMENT OF CLAIM(S)

State briefly the facts of your claim. Describe how each defendant is involved. You do not need to give legal arguments or cite cases or statutes. Use as much space as you need to state the facts. (Attach extra sheets if necessary.)

A. When did the events occur?

1323 Martha St    68108 Omaha Ne

B. What happened?

- Shine spot on individual (Joey A. Kurtz) while walking north on 10TH St headed for Hilton Hotel.
- Frank (African American) walk beat officer falsely accused (Joey A. Kurtz) of criminal mischeavie at Lounge at location 10TH & Dodge.
- Officers appeared at several hotels where Mr. Joseph A. Kurtz, was staying, and forced to leave hotel with no transportation.
- Officers falsely arrested Mr. Joseph A. Kurtz put in handcuffs to sign a bar and ban at Cubby's Store on 13TH & Jackson.

## II. STATEMENT OF CLAIM(S) (continued)

See prior page

## III. STATEMENT OF JURISDICTION

Check any of the following that apply to this case (you may check more than one):

✓ United States or a federal official or agency is a party

✓ Claim arises under the Constitution, laws or treaties of the United States

✓ Violation of civil rights

___ Employment discrimination

✓ Diversity of Citizenship (a matter between citizens of different states in which the amount in controversy exceeds $75,000)

___ Other basis for jurisdiction in federal court (explain below)

_____

_____

_____

_____

_____

_____

## IV. STATEMENT OF VENUE

State briefly the connection between this case and Nebraska. For example, does a party reside or do business in Nebraska? Is a party incorporated in Nebraska? Did an injury occur in Nebraska? Did the claim arise in Nebraska?

*Yes the party reside in Nebr - No injury occured just self inbarrassment put hand cuffs one*

## V. RELIEF

State briefly what you want the court to do for you.

reimbursemee for harrassment, using aggressive force, inticing

## VI. EXHAUSTION OF ADMINISTRATIVE PROCEDURES

Some claims, but not all, require exhaustion of administrative procedures. Answer the questions below to the best of your ability.

A. Have the claims which you make in this civil action been presented through any type of administrative procedure within any state or federal government agency?

Yes _____   No __✓__

B. If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure:

C. If you answered no, give the reasons, if applicable, why the claims made in this action have not been presented through administrative procedures:

do to change of address or mail delay.

**VII. ARE YOU REQUESTING TRIAL BY A JURY OR BY A JUDGE?** (check one):

JURY _____    JUDGE ___✓_____

**VIII. VERIFICATION**

**I (we) declare under penalty of perjury that the foregoing is true and correct.**

Date(s) Executed:    Signature(s) of Plaintiff(s):

06-05-2015           Joey A. Kurtz

possible

Note:

IF YOU CANNOT AFFORD TO PAY THE COURT'S FILING FEE UPON THE FILING OF YOUR COMPLAINT, THERE IS A SEPARATE FORM TO BE USED FOR APPLYING TO PROCEED IN FORMA PAUPERIS. Also, if there is more than one plaintiff in the case who wishes to proceed in forma pauperis, **each such plaintiff must submit a separate application to proceed in forma pauperis.**