# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOSEPH A. KURTZ,** | ) | **8:15CV202** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **OMAHA POLICE DEPARTMENT,** | ) | |
| | ) | |
| Defendant. | ) | |

On August 17, 2015, the Court ordered Plaintiff to update his address with the Court within thirty days or face dismissal of this action. To date, Plaintiff has not updated his address or taken any other action in this matter. Accordingly,

IT IS ORDERED: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 6th day of October, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge